**Dismiss and Opinion Filed December 6, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00384-CV**

**DESTINY HOPKINS, Appellant**
**V.**
**NLP TEXAS ONE LLC, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-01536-A**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Smith, and Justice Garcia
Opinion by Justice Garcia

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by November 2, 2024. By postcard dated November 5, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


230384f.p05

/Dennise Garcia/
DENNISE GARCIA
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

DESTINY HOPKINS, Appellant

No. 05-24-00384-CV     V.

NLP TEXAS ONE LLC, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-24-01536-A.
Opinion delivered by Justice Garcia. Chief Justice Burns and Justice Smith participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 6th day of December, 2024.